472 A.2d 234

Commonwealth v. Deseignoria, Appellant.

Petition for Allowance of Appeal
Denied June 12, 1984.

Argued October 20, 1983. Joseph M. Smith, for appellant; Michael L. Turner, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

The judgment of sentence is affirmed.

472 A.2d 234

Commonwealth v. DeShields, Appellant.

Submitted October 24, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.